IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOHN R. PURNELL, III, | § | |
| | § | No. 412, 2017 |
| Appellant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. N16A-10-001 |
| DELAWARE DEPARTMENT OF | § | |
| INSURANCE, | § | |
| | § | |
| Appellee Below, | § | |
| Appellee. | § | |

Submitted: April 13, 2018
Decided: May 30, 2018

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## **O R D E R**

This 30th day of May 2018, after careful consideration of the parties' briefs and the record on appeal, the Court concludes that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its September 7, 2017 decision,[1] which affirmed in part and reversed in part the September 26, 2016 decision of the Insurance Commissioner, and its September 19, 2017 order denying the appellant's motion for reargument.

---

[1] *Purnell v. Dep't of Ins.*, 2017 WL 3980539 (Del. Super. Ct. Sept. 7, 2017).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:


/s/  James T. Vaughn, Jr.
Justice